

NUMBER 13-15-00449-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

---

CALVIN WAYNE MCCLAIN, **Appellant,**

**v.**

DIANA ALAMAR MCCLAIN, **Appellee.**

---

On appeal from the 430th District Court
of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Perkes
Memorandum Opinion Per Curiam**

Appellant, Calvin Wayne McClain, appealed a judgment entered by the 430th District Court of Hidalgo County, Texas. On November 2, 2015, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $205.00 filing fee was paid. *See* TEX. R. APP. P.

42.3(c).  Appellant has not responded to the notice from the Clerk or paid the $205.00 filing fee.  *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed.  *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.


PER CURIAM

Delivered and filed the
10th day of December, 2015.